BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>NORMAN STARKS ,<br><br>        Defendant. | CASE NO.  1:15-CR-00044 LJO SKO<br><br>STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT AND PLEA<br><br>DATE: March 18, 2015<br>TIME: 1:30 p.m.<br>COURT: Hon. Sheila K. Oberto |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as that the arraignment and plea hearing currently scheduled for March 18, 2015, at 1:30 p.m. before the Honorable Sheila K. Oberto be continued to April 22, 2015, at 1:30 p.m. before the duty magistrate.

The parties request the arraignment be moved because defendant received his Summons last week, and must travel from Inyo County for the court appearance. Furthermore, the attorney for the government is currently involved in trial preparation for trial the weeks of April 7, and April 13, 2015.

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

1

IT IS SO STIPULATED.

Dated:  March 17, 2015                              BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    /s/ MEGAN A. S. RICHARDS
                                                    MEGAN A. S. RICHARDS
                                                    Assistant United States Attorney

Dated: March 17, 2015                               /s/ MATT EMRICK
                                                    MATT EMRICK
                                                    Counsel for Defendant
                                                    Norman Starks

**ORDER**

IT IS SO ORDERED.

   Dated:   **March 17, 2015**                      **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2