BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00044 LJO SKO |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT AND PLEA |
| v. | DATE: **April 22, 2015** |
| NORMAN STARKS, | TIME: 1:30 p.m. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate that the arraignment and plea hearing currently scheduled for **April 22, 2015**, at 1:30 p.m. before the Honorable Barbara A. McAuliffe be continued to May 6, 2015, at 1:30 p.m. before the duty magistrate.

The parties request the arraignment be moved because the defendant lives in Inyo County and, because of a recent surgery, the defendant is unable to travel for more than an hour by car until May 4,

//
//
//
//
//

1

2015.  The defendant has presented a doctor's note to the government confirming the travel restriction.

    IT IS SO STIPULATED.

Dated:  April 20, 2015          BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ MEGAN A. S. RICHARDS
                                            MEGAN A. S. RICHARDS
                                            Assistant United States Attorney

Dated: April 20, 2015          /s/ MATTHEW EMRICK
                                            MATTHEW EMRICK
                                            Counsel for Defendant
                                            Norman Starks

## FINDINGS AND ORDER

    IT IS SO FOUND AND ORDERED that the Arraignment and Plea re Indictment as to Norman Starks is continued from April 22, 2015 to May 6, 2015 at 1:30pm before the Duty Magistrate.

IT IS SO ORDERED.

    Dated:  **April 21, 2015**                /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE