BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00044 LJO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| NORMAN STARKS, | DATE: June 29, 2015
TIME: 1:00 p.m.
COURT: Hon. Sheila K. Oberto |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 29, 2015.

2. By this stipulation, defendant now moves to continue the status conference until July 20, 2015 at 1:00 pm, and to exclude time between June 29, 2015, and July 20, 2015 at 1:00 pm, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes voluminous records, photographs, reports, and seized evidence. With the exception of a small amount of supplemental discovery that will be produced in the next two weeks, this discovery has been either produced directly to counsel and/or made available for inspection and

1  copying.

2        b)    Counsel for defendant desires additional time to review the discovery, conduct
3  investigation, and substitute in new counsel.  In addition, defendant has retained separate
4  attorney to take the lead in this matter, Jeffrey Anderson of Cohen Durrett in Sacramento.
5  However, Mr. Anderson is presently in trial in Sacramento Superior Court until July 2, 2015.

6        c)    Counsel for defendant believes that failure to grant the above-requested
7  continuance would deny him/her the reasonable time necessary for effective preparation, taking
8  into account the exercise of due diligence.

9        d)    The government does not object to the continuance.

10        e)    Based on the above-stated findings, the ends of justice served by continuing the
11  case as requested outweigh the interest of the public and the defendant in a trial within the
12  original date prescribed by the Speedy Trial Act.

13        f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
14  et seq., within which trial must commence, the time period of June 29, 2015 to July 20, 2015 at
15  1:00 pm, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local
16  Code T4] because it results from a continuance granted by the Court at defendant's request on
17  the basis of the Court's finding that the ends of justice served by taking such action outweigh the
18  best interest of the public and the defendant in a speedy trial.

19    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the
20  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

must commence.

    IT IS SO STIPULATED.

Dated:  June 25, 2015　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ MEGAN A. S. RICHARDS
　　　　　　　　　　　　　　　　　　　　　　　　MEGAN A. S. RICHARDS
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated:  June 25, 2015　　　　　　　　　　　　　　 /s/ MATTHEW EMRICK
　　　　　　　　　　　　　　　　　　　　　　　　MATTHEW EMRICK
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　NORMAN STARKS




**ORDER**

IT IS SO ORDERED.

    Dated:  **June 25, 2015**　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE