UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN STARKS,<br><br>Defendant. | Case No.: 1:15-cr-00044-LJO-SKO<br><br>**ORDER GRANTING REQUEST FOR WAIVER OF APPEARANCE AT STATUS CONFERENCE**<br><br>Date:  October 5, 2015<br>Time:  1:00 p.m.<br>Court:  Hon. Sheila K. Oberto |
|---|---|

Pursuant to the Request for Waiver of Appearance at Status Conference submitted by counsel for Defendant NORMAN STARKS, the Court GRANTS this request with regard to the Status Conference set for 1:00 p.m., on October 5, 2015, in Courtroom 3 before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated:  **September 30, 2015**              /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE

1