JEFFREY L. ANDERSON (SBN 157982)
COHEN ⅃ DURRETT, LLP
2100 Northrop Avenue, Suite 900
Sacramento, CA 95825
Telephone:   (916) 927-8797
Fax:             (916) 927-8798

Attorney for Defendant
NORMAN STARKS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:15-cr-00044-LJO-SKO |
|---|---|
| Plaintiff, | **ORDER GRANTING AMENDED REQUEST FOR WAIVER OF APPEARANCE AT STATUS CONFERENCE** |
| vs. | |
| NORMAN STARKS, | |
| Defendant. | Date:  March 7, 2016<br>Time:  1:00 p.m.<br>Court: Hon. Sheila K. Oberto |

Pursuant to the "Amended Request for Waiver of Appearance at Status Conference" submitted by counsel for Defendant NORMAN STARKS and Rule 43 of the Federal Rules of Criminal Procedure (Rule 43), the Court GRANTS Defendant's request for a waiver of his appearance at the Status Conference set for 1:00 p.m., on March 7, 2016, in Courtroom 3 before Magistrate Judge Sheila K. Oberto.  Defendant shall be present at all other proceedings in accordance with the requirements of Rule 43.

IT IS SO ORDERED.

Dated:   **March 4, 2016**                              **/s/ Sheila K. Oberto**
                                                                        UNITED STATES MAGISTRATE JUDGE