1  PHILLIP A. TALBERT
   United States Attorney
2  MEGAN A. S. RICHARDS
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00044-LJO |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| NORMAN STARKS, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Megan A. S. Richards, Assistant United States Attorney, hereby moves to dismiss the Indictment filed on February 19, 2015 (Doc. 1) in Case No. 1:15-CR-00044-LJO against NORMAN STARKS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The basis for the motion is that the defendant, Norman Starks, has passed away, and the United States has received a death certificate from his attorneys of record.

Additionally, the United States requests that the status conference set for September 11, 2017 at

//

//

//

8:30 a.m. be vacated, as there is no need for further status conferences in this criminal case.

DATED:  September 5, 2017

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: /s/ Megan A. S. Richards
MEGAN A. S. RICHARDS
Assistant U.S. Attorney

# **O R D E R**

IT IS HEREBY ORDERED that the Indictment filed in Case Number 1:15-CR-00044-LJO against NORMAN STARKS (Doc. 1) be dismissed without prejudice, in the interest of justice, and the status conference in the case scheduled for September 11, 2017 be vacated.

IT IS SO ORDERED.

Dated: **September 6, 2017**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE